■ In the Matter of MOOG, INC., Respondent, v TOWN OF ELMA et al., Appellants. [670 NYS2d 132] —Order insofar as appealed from unanimously reversed on the law without costs, leave to recommence proceeding denied, motion granted and recommenced proceeding dismissed. Memorandum: In this tax certiorari proceeding, respondents appeal from an order that granted respondents' motion to dismiss the original proceeding but granted petitioner leave to recommence the proceeding pursuant to CPLR former 306-b (b) and denied respondents' motion to dismiss the recommenced proceeding. That part of the order dismissing the original proceeding "was superfluous" (*Matter of Barsalow v City of Troy*, 208 AD2d 1144, 1146). Because petitioner failed to file timely proof of service in accordance with CPLR former 306-b (a), the dismissal was automatic and self-executing. In addition, because the original proceeding was "deemed dismissed" by operation of statute (*ibid.*), Supreme Court erred in granting petitioner leave to recommence the proceeding (*see, Bochen v Schieffelin & Somerset Co.*, 242 AD2d 408, *lv dismissed* 91 NY2d 866; *Long v Quinn*, 234 AD2d 520, 521-522). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—RPTL.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.

■ THERESA A. PORDUM, Appellant, v FRANCIS J. PORDUM, Respondent. THERESA A. PORDUM, Appellant, v SIEGEL, KELLEHER & KAHN, Respondent. (Appeal No. 1.) [670 NYS2d 163] —Order unanimously affirmed without costs. Memorandum: In this divorce action, Supreme Court did not abuse its discretion in directing plaintiff to pay attorneys' fees in the amount of $18,469.10 to her former attorney. Plaintiff's former attorney established his entitlement to those fees at a hearing, and plaintiff did not contend that they were unreasonable. We reject the contention of plaintiff that a previous award of attorneys' fees pendente lite limits her former attorney's ability to recover fees due from her (*see, Bisca v Bisca*, 108 AD2d 773, 775, *appeal dismissed* 66 NY2d 741). We have examined plaintiff's remaining contention and conclude that it is without merit. (Appeal from Order of Supreme Court, Erie County, Mattina, J.—Counsel Fees.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.